The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NALEN PIERRE WILLIAMS,

    Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

No: 2:20-cv-00386-RAJ

ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM

This matter comes before the Court upon the motion of the defendant-petitioner, Nalen Pierre Williams, seeking leave pursuant to Local Rule CR 7(f) to file an overlength reply memorandum, and having reviewed the defendant-petitioner's motion, and having considered the same, this Court hereby ORDERS as follows:

The defendant-petitioner's motion to file an overlength reply memorandum (Dkt. #6) is GRANTED. Defendant is granted leave to file the following overlength pleading: Petitioner's Reply To The Government's Answer Opposing The Motion Under 28 U.S.C. § 2255 (Dkt. #5), which is 16 pages in length, excluding the certificate of service and exhibit.

DATED this 4th day of June, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Petitioner Leave
to File An Overlength Reply Memorandum - 1

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington  98104-1741
(206) 388-1090
solovylaw@earthlink.net